THE HONORABLE RICHARD A JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR17-187RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |
| NICHOLAS TODDVELLE PINES, | ) | |
| Defendant. | ) | |

THE COURT has considered the unopposed motion to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

ORDER TO CONTINUE TRIAL DATE
AND PRETRIAL MOTIONS DUE DATE
(*U.S.A. v. Nicholas T. Pines,* CR17-187RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1    (e) the additional time requested between the current trial date of October 10,
2 2017 and the new trial date is necessary to provide counsel for the defendant the
3 reasonable time necessary to prepare for trial, considering counsel's schedule and all of
4 the facts set forth above.
5    IT IS THEREFORE ORDERED that the Defendant's Unopposed Motion to
6 Continue Trial Date and Pretrial Motions Deadline (Dkt. #19) is GRANTED.  The trial
7 date in this matter shall be continued to February 12, 2018.  All pretrial motions,
8 including motions in limine, shall be filed no later than January 4, 2018.
9    IT IS FURTHER ORDERED that the period of delay from the date of this order
10 to the new trial date of February 12, 2018, is excludable time pursuant to 18 U.S.C.
11 §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

13    DATED this 1st day of September, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO CONTINUE TRIAL DATE
AND PRETRIAL MOTIONS DUE DATE
(*U.S.A. v. Nicholas T. Pines,* CR17-187RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**