THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-187-RAJ |
| Plaintiff, | |
| v. | ORDER TO SEAL DOCUMENTS |
| NICHOLAS TODDVELLE PINES, | |
| Defendant. | |

THIS MATTER has come before the undersigned on Defendant's motion to file the sentencing memorandum and exhibits under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that the Defendant's Motion to Seal (Dkt. #32) is GRANTED. Defendant's sentencing memorandum and exhibits, and supplemental sentencing memorandum shall remain filed under seal.

DATED this 6th day of April, 2018.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL DOCUMENT - 1
*USA v. Pines* / CR17-187-RAJ

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**