THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICHOLAS TODDVELLE PINES, | No. CR17-187 RAJ |
| Defendant/Petitioner, | CV19-512 RAJ |
| v. | ORDER GRANTING *EX PARTE* MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT/PETITIONER PURSUANT TO LCR 83.2(b) AND SUBSTITUTION OF COUNSEL |
| UNITED STATES OF AMERICA, | |
| Plaintiff/Respondent. | |

THIS COURT has reviewed the *Ex Parte* Motion by Federal Public Defender Michael Filipovic and Assistant Federal Public Defender Gregory Geist to Withdraw as Counsel for Defendant/Petitioner Nicholas Pines. The Court finds that good cause exists and counsel's withdrawal is in the interests of justice. Appointment of substitute counsel will be made from the CJA Panel.

IT IS NOW ORDERED that the motion is **GRANTED**. Defendant/Petitioner's current counsel is permitted to withdraw upon the appointment of substitute counsel from the CJA Panel.

DATED this 12th day of April, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING EX PARTE MOTION
TO WITHDRAW AS COUNSEL - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**