UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS PINES,<br><br>Defendant. | NO. CR17-187 RAJ<br><br>ORDER TO SEAL |

THIS MATTER has come before the Court on the motion of the United States to file the exhibits accompanying the Government's Memorandum Regarding Supervised Release Violations, specifically Exhibits 2 and 3, under seal.

The Court has considered the motion and records in this case and finds there are compelling reasons to file these exhibits under seal.

IT IS ORDERED that the Government's Motion to Seal (Dkt. #60) is GRANTED. The exhibits accompanying the Government's Memorandum Regarding Supervised Release Violations, specifically Exhibits 2 and 3, filed under Dkt. #62, shall remain under seal.

DATED this 23rd day of August, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL
CR17-187 RAJ / PINES - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970