The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR17-187 RAJ |
|---|---|
| Plaintiff, | ORDER SEALING EXHIBITS |
| v. | |
| NICHOLAS PINES, | |
| Defendant. | |

THIS MATTER has come before the Court on the motion of the Defendant to file Defendant's Exhibits 1 and 2 under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file these exhibits under seal.

IT IS ORDERED that the Defendant's Motion to Seal (Dkt. #66) is GRANTED. Exhibits 1 and 2, filed under Dkt. #67, shall remain under seal until further order of the Court.

DATED this 23rd day of August, 2019.

_____
The Honorable Richard A. Jones
United States District Judge