Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICHOLAS T. PINES,<br><br>Defendant-Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent. | CASE NO. 19-CV-512 RAJ<br>17-CR-187 RAJ<br><br>ORDER GRANTING 28 U.S.C. § 2255 MOTION AND ORDER VACATING JUDGMENT, WITHDRAWING GUILTY PLEA AND DISMISSING INDICTMENT |

BEFORE THE COURT is Nicholas Pines' Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody. Dkt. No. 1. In 17-CR-187-RAJ, in a judgment imposed on April 6, 2018, Mr. Pines was convicted of one count of felon in possession of a firearm under 18 U.S.C. § 922(g)(1). The alleged predicate conviction was a King County Superior Court Juvenile Department disposition for one count of taking a motor vehicle without permission under King County Sup. Ct. No. 00-8-01729-6. Mr. Pines's petition under § 2255 was based in part on claims of actual innocence and ineffective assistance of counsel because the predicate conviction from Washington State was not punishable by a term exceeding one year.

Upon the agreement of the parties, the Court stayed consideration of this matter pending the decision of the Ninth Circuit in *United States v. McAdory*, No. 18-30112. Dkt. Nos. 9, 13. On August 28, 2019, the Ninth Circuit issued its decision in *United States v. McAdory*, 935 F.3d 838 (9th Cir. 2019). Dkt. No. 15. On November 18, 2019, the Government filed a status report, stating that the Office of the Solicitor General of the United States elected not to seek further review in *McAdory*, and that based on the Ninth Circuit's opinion in *McAdory*, the Government would concede Mr. Pines' motion to vacate his conviction in 17-CR-187-RAJ. Dkt. No. 15.

Accordingly, **IT IS HEREBY ORDERED:**

1. Mr. Pines' Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody, Dkt. No. 1, is hereby **GRANTED**;

2. The Judgment in a Criminal Case imposed on April 6, 2018, Dkt. No. 38 of 17-CR-187-RAJ, is hereby **VACATED**;

3. The plea of guilty entered on January 16, 2018, in accordance with the plea agreement, Dkt. No. 24 of 17-CR-187-RAJ, is hereby **WITHDRAWN**;

4. The indictment in 17-CR-187-RAJ. Dkt. No. 13, is **DISMISSED WITH PREJUDICE**; and

5. The pending petitions for revocation of supervised release and any related sentencing matters for those petitions in 17-CR-187-RAJ are hereby **STRICKEN**.

DATED this 5th day of December, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge